**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alex Fink**
**Diane Fink**
    Debtor(s)

Bankruptcy Case No.: 13–11106–TPA
Per August 9, 2016 Proceeding
Chapter: 13
Docket No.: 50 – 46, 49
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 27, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $1,038.00 as of August 2016. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.    Additional Terms: 1) Fee application needed if fees (including retainer) exceed $3,700.00.

    2) Real Estate Mortgage Network, Inc. (Claim No 31) governs and then follows payment changes of record.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 10, 2016

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-11106-TPA
Alex Fink                                                               Chapter 13
Diane Fink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                 Page 1 of 3              Date Rcvd: Aug 10, 2016
                              Form ID: 149               Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
```
db/jdb         +Alex Fink,    Diane Fink,    211 Frozen Toe Lane,    Polk, PA 16342-4427
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13725305       +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13709516       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13778684       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13725313      ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                 (address filed with court: Comcast,     P.O. Box 3012,    Southeastern, PA 19398-3012)
13709517       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13709519       +Ccs/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13709521       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13709523       +Comenity Bank/Brylnhme,    Po Box 182789,    Columbus, OH 43218-2789
13725316        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13709525       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13777874       +Ferrellgas,    One Liberty Plaza MD40,    Liberty Mo 64068-2971
13791282        Figi's Companies, Inc.,    ATTENTION: Recovery Operations,    P.O. Box 7713,
                 Marshfield, WI  54449-7713
13709528       +Figis Inc,    3200 S Central Ave,    Marshfield, WI 54404-0002
13725319       +Fingerhut/Metbk,    Post Office Box 166,    Newark, NJ 07101-0166
13709529       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13725326        Gettington,    6250 Ridgewood Road,    Cedar Lake, IN 46303
13725327       +HSBC,    Post Office Box 17906,    San Diego, CA 92177-7906
13725328       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13725332       +Katsur,    926 Great Pond Dr Suite 2003,    Altamonte Springs, FL 32714-7244
13709538       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13790420       +Real Estate Mortgage Network, Inc.,     c/o Cenlar, FSB,    Attention Payment Processing,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
13709541       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13725340        Salute,    PO Box 105555,    Atlanta, GA 30348-5555
13709543       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13709544       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13709547       +Sps,    10401 Deerwood Par,    Jacksonville, FL 32256-5007
13709548       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13709549       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13709551       +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2016 01:22:14
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2016 01:21:43
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13748437       +E-mail/Text: bncmail@w-legal.com Aug 11 2016 01:01:57     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13713995        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2016 01:21:45
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13748240        E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2016 01:22:01
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13709518       +E-mail/Text: bankruptcy@cavps.com Aug 11 2016 01:02:04     Cavalry Portfolio Serv,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
13714576       +E-mail/Text: bankruptcy@cavps.com Aug 11 2016 01:02:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13709520       +E-mail/Text: kzoepfel@credit-control.com Aug 11 2016 01:01:47     Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
13725310       +E-mail/Text: kzoepfel@credit-control.com Aug 11 2016 01:01:47
                 Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13709522       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 11 2016 01:02:13     Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13709524        E-mail/Text: creditonebknotifications@resurgent.com Aug 11 2016 01:00:52     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13765050       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 11 2016 01:02:28     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13725321       +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:21:53     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13725322        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:22:12     GE Capital Retail Bank,
                 POB 965033,    Orlando, FL 32896-5033
13709530        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:21:56     Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
```

```
District/off: 0315-1          User: jmar                    Page 2 of 3                   Date Rcvd: Aug 10, 2016
                              Form ID: 149                  Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13709531      +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:21:53     Gecrb/Paypal Smart Con,
               Po Box 965005,    Orlando, FL 32896-5005
13709532      +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:22:12     Gecrb/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
13725331       E-mail/Text: cio.bncmail@irs.gov Aug 11 2016 01:00:58     Internal Revenue Service,
               Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13721636       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2016 01:02:01     Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13788261       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2016 01:21:42
               LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13709535      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2016 01:22:17     Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
13786527       E-mail/Text: bkr@cardworks.com Aug 11 2016 01:00:40     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13709536      +E-mail/Text: bkr@cardworks.com Aug 11 2016 01:00:40     Merrick Bank,    Po Box 9201,
               Old Bethpage, NY 11804-9001
13709537      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 11 2016 01:01:44     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13762581       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2016 01:21:37
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13873427       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2016 01:21:37
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13709539      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2016 01:21:46
               Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13737131      +E-mail/Text: csidl@sbcglobal.net Aug 11 2016 01:02:09     Premier Bankcard/ Charter,
               P.O. Box 2208,    Vacaville, CA 95696-8208
13731074       E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2016 01:01:08
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13745190       E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2016 01:01:08
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13716504       E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2016 01:21:42
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13709545       E-mail/PDF: cbp@springleaf.com Aug 11 2016 01:21:35     Springleaf Financial S,
               535 Clairton Blvd Ste 37,    Pleasant Hills, PA 15236
13725346       E-mail/PDF: cbp@springleaf.com Aug 11 2016 01:22:10     Springleaf Financial Services,
               P.O. Box 3251,    Evansville, IN 47731
13791596       E-mail/PDF: cbp@springleaf.com Aug 11 2016 01:22:11     SPRINGLEAF FINANCIAL SERVICES,
               PO BOX 971,    EVANSVILLE, IN 47706
13725343       E-mail/PDF: cbp@springleaf.com Aug 11 2016 01:21:53     Springleaf Financial,
               535 Clairton Blvd Ste 37,    Pleasant Hills, PA 15236
13725344       E-mail/PDF: cbp@springleaf.com Aug 11 2016 01:22:10     Springleaf Financial,
               618 Indiana Street,    Evansville, IN 47731
13725352      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 11 2016 01:02:15     UPMC Mercy,
               1400 Locust Street,    Pittsburgh, PA 15219-5114
                                                                                              TOTAL: 37

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Real Estate Mortgage Network, Inc.
13709526       Fhut/Metbk
13709527       Fhut/Webbk
13709533       Gettington
13709534       Katsur
13709540       Primaryfin
13709542       Salute
13709546       Sprnglffin
13725306*     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13725307*     +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13725308*     +Cavalry Portfolio Serv,    500 Summit Lake Dr,    Valhalla, NY 10595-2322
13725309*     +Ccs/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13725311*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13725312*     +Cit/Fhut,    6250 Ridgewood Road,    St Cloud, MN 56303-0820
13725314*     +Comenity Bank/Brylnhme,    Po Box 182789,    Columbus, OH 43218-2789
13725315*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13725317*     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13725318*     +Figis Inc,    3200 S Central Ave,    Marshfield, WI 54404-0002
13725320*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13725323*      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13725324*     +Gecrb/Paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
13725325*     +Gecrb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
13725329*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
               Room 727,    Pittsburgh, PA 15222-4107
13725330*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13721640*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
```

```
District/off: 0315-1          User: jmar                   Page 3 of 3                  Date Rcvd: Aug 10, 2016
                              Form ID: 149                 Total Noticed: 68


              ***** BYPASSED RECIPIENTS (continued) *****
13721682*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                   SAINT CLOUD MN 56302-9617)
13725333*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
13725334*       +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
13725335*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13725336*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13767767*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13725337*       +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13758177*       +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
13725339*       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13725345*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court:   Springleaf Financial S,    535 Clairton Blvd Ste 37,
                   Pleasant Hills, PA 15236)
13725341*       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13725342*       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13725347*       +Sps,    10401 Deerwood Par,    Jacksonville, FL 32256-5007
13725348*       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13725349*       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13725350*       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
13725351*       +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
13725338       ##+Primary Financial Services,    3115 North 3rd Ave, Suite 112,    Phoenix, AZ 85013-4387
13714419       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13709550       ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                              TOTALS: 8, * 34, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Diane  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Alex  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```