Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alex Fink**
**Diane Fink**
    Debtor(s)

Bankruptcy Case No.: 13−11106−TPA
Related to Docket No. 57
Chapter: 13
Docket No.: 58 − 57
Concil. Conf.: May 23, 2017 at 09:30 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **April 3, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 18, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **May 23, 2017** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 17, 2017

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-11106-TPA
Alex Fink                                                               Chapter 13
Diane Fink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                 Page 1 of 3          Date Rcvd: Feb 17, 2017
                              Form ID: 213               Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db/jdb         +Alex Fink,    Diane Fink,    211 Frozen Toe Lane,    Polk, PA 16342-4427
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13725305       +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13709516       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13778684       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13725313      ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court: Comcast,     P.O. Box 3012,    Southeastern, PA 19398-3012)
13709517       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13709521       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13709523       +Comenity Bank/Brylnhme,    Po Box 182789,    Columbus, OH 43218-2789
13725316        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13709525       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13777874       +Ferrellgas,    One Liberty Plaza MD40,    Liberty Mo 64068-2971
13791282        Figi's Companies, Inc.,    ATTENTION: Recovery Operations,    P.O. Box 7713,
                 Marshfield, WI 54449-7713
13709528       +Figis Inc,    3200 S Central Ave,    Marshfield, WI 54404-0002
13725319       +Fingerhut/Metbk,    Post Office Box 166,    Newark, NJ 07101-0166
13709529       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13725326        Gettington,    6250 Ridgewood Road,    Cedar Lake, IN 46303
13725327       +HSBC,    Post Office Box 17906,    San Diego, CA 92177-7906
13725328       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13725332       +Katsur,    926 Great Pond Dr Suite 2003,    Altamonte Springs, FL 32714-7244
13709538       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13725338       +Primary Financial Services,    3115 North 3rd Ave, Suite 112,    Phoenix, AZ 85013-4387
13790420       +Real Estate Mortgage Network, Inc.,    c/o Cenlar, FSB,    Attention Payment Processing,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
13709541       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13725340        Salute,    PO Box 105555,    Atlanta, GA 30348-5555
13709543       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13709544       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13709547       +Sps,    10401 Deerwood Par,    Jacksonville, FL 32256-5007
13709548       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13709549       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13709551       +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:10:30
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 01:58:10
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13748437       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:04:05     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13713995        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 01:58:14
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13748240        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 01:58:09
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13709518       +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:04:11     Cavalry Portfolio Serv,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
13714576       +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:04:11     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13709520       +E-mail/Text: kzoepfel@credit-control.com Feb 18 2017 02:04:00     Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
13725310       +E-mail/Text: kzoepfel@credit-control.com Feb 18 2017 02:04:00
                 Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13709522       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 18 2017 02:04:21     Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13709524       +E-mail/Text: creditonebknotifications@resurgent.com Feb 18 2017 02:03:27     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13765050       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 18 2017 02:04:32     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13725321       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:58:03     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13725322        E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:57:18     GE Capital Retail Bank,
                 POB 965033,    Orlando, FL 32896-5033
13709530        E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:58:03     Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
```

```
District/off: 0315-1           User: vson                  Page 2 of 3                   Date Rcvd: Feb 17, 2017
                               Form ID: 213                Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13709531       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:58:03      Gecrb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13709532       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:57:19      Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13725331        E-mail/Text: cio.bncmail@irs.gov Feb 18 2017 02:03:33      Internal Revenue Service,
                 Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13721636        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 18 2017 02:04:08      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13788261        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 01:57:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13709535       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 01:57:27      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13786527        E-mail/Text: bkr@cardworks.com Feb 18 2017 02:03:21      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13709536       +E-mail/Text: bkr@cardworks.com Feb 18 2017 02:03:21      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13709537       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:03:56      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13762581        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:10:30
                 Portfolio Recovery Associates, LLC,     PO Box 12914,    Norfolk VA 23541
13873427        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:10:30
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk, VA 23541
13709539       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:10:52
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13737131       +E-mail/Text: csidl@sbcglobal.net Feb 18 2017 02:04:17      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13731074        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:03:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13745190        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:03:38
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13716504        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 01:58:10
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13709545        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 01:58:04      Springleaf Financial S,
                 535 Clairton Blvd Ste 37,    Pleasant Hills, PA 15236
13725346        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 01:57:20      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731
13791596        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 01:58:04      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 971,    EVANSVILLE, IN 47706
13725343        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 01:57:20      Springleaf Financial,
                 535 Clairton Blvd Ste 37,    Pleasant Hills, PA 15236
13725344        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 01:57:20      Springleaf Financial,
                 618 Indiana Street,    Evansville, IN 47731
13725352       +E-mail/Text: BankruptcyNotice@upmc.edu Feb 18 2017 02:04:23      UPMC Mercy,
                 1400 Locust Street,    Pittsburgh, PA 15219-5114
                                                                                              TOTAL: 37

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Real Estate Mortgage Network, Inc.
13709526       Fhut/Metbk
13709527       Fhut/Webbk
13709533       Gettington
13709534       Katsur
13709540       Primaryfin
13709542       Salute
13709546       Sprnglffin
13725306*     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13725307*     +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13725308*     +Cavalry Portfolio Serv,    500 Summit Lake Dr,    Valhalla, NY 10595-2322
13725309*     +Ccs/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13725311*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13725312*     +Cit/Fhut,   6250 Ridgewood Road,    St Cloud, MN 56303-0820
13725314*     +Comenity Bank/Brylnhme,    Po Box 182789,    Columbus, OH 43218-2789
13725315*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13725317*     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13725318*     +Figis Inc,   3200 S Central Ave,    Marshfield, WI 54404-0002
13725320*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13725323*      Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998
13725324*     +Gecrb/Paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
13725325*     +Gecrb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
13725329*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
13725330*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13721640*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
```

```
District/off: 0315-1           User: vson                   Page 3 of 3                   Date Rcvd: Feb 17, 2017
                               Form ID: 213                 Total Noticed: 68


              ***** BYPASSED RECIPIENTS (continued) *****
13721682*        ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                   (address filed with court:  Jefferson Capital Systems LLC,   PO BOX 7999,
                    SAINT CLOUD MN 56302-9617)
13725333*         +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
13725334*         +Merrick Bank,    Po Box 9201,   Old Bethpage, NY 11804-9001
13725335*         +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13725336*         +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13767767*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13725337*         +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13758177*         +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
13725339*         +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13725345*        ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
                   (address filed with court:  Springleaf Financial S,   535 Clairton Blvd Ste 37,
                    Pleasant Hills, PA 15236)
13725341*         +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13725342*         +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13725347*         +Sps,   10401 Deerwood Par,    Jacksonville, FL 32256-5007
13725348*         +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13725349*         +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13725350*         +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
13725351*         +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
13709519         ##+Ccs/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13714419         ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13709550         ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                           TOTALS: 8, * 34, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Diane  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Alex  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```