LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-11106-TPA |
| Alex Fink and | : | |
| Diane Fink, | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 61 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | June 21, 2017 at 11:30 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents Alex Fink and Diane Fink.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period September 1, 2013 to May 11, 2017
3. Previous retainer paid to Applicant: $419.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $3,700.00.
5. Applicant requests additional:
   Compensation of $1,340.00 for Total Compensation of $5,040.00
   Total Expenses Used $281.00.
6. A hearing on the Application will be held in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at 11:30 a.m., on June 21, 2017.
7. Any written objections must be filed with the Court and served on the Applicant on or before May 30, 2017 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: May 11, 2017                    Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606