**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-11106-TPA |
| Alex Fink and | : | |
| Diane Fink, | : | Chapter No. 13 |
| Debtors | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 61 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | June 21, 2017 at 11:30 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 61

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on May 11, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than May 30, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: May 31, 2017            By:    /s/ Paul W. McElrath
                                      Paul W. McElrath, Esquire
                                      PA I.D. #86220
                                      1641 Saw Mill Run Boulevard
                                      Pittsburgh, PA 15210
                                      (412) 765-3606
                                      Attorney for Debtor/Movant