**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/23/2018

IN RE:

ALEX FINK
DIANE FINK
211 FROZEN TOE LANE
POLK,  PA  16342
XXX-XX-0282          Debtor(s)

Case No.13-11106 TPA

Chapter 13

XXX-XX-2498

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/23/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:22 | ACCOUNT NO.: 2002 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  464.54 | |
| PITTSBURGH, PA  15219 | COMMENT:  NTC ONLY~NT/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:32 | ACCOUNT NO.: 9050 |
| | CLAIM:  593.79 | |
| NORFOLK, VA  23541 | COMMENT:  JC PENNEY | |

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: 3353 |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  REAL ESTATE MRTG/PRAE | |

| | | |
|---|---|---|
| **REAL ESTATE MORTGAGE NETWORK INC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O CENLAR FSB | Court Claim Number:31 | ACCOUNT NO.: 3353 |
| PO BOX 77409* | | |
| | CLAIM:  0.00 | |
| EWING, NJ  08628-6409 | COMMENT:  PMT/DECL-CONF*DK4LMT | |

| | | |
|---|---|---|
| **SPRINGLEAF FINANCIAL SERVICES INC(*)** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 3251 | Court Claim Number:34-2 | ACCOUNT NO.: 2625 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  SURR/PL*CL=3165.48*AMD | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:15 | ACCOUNT NO.: 0282 |
| PO BOX 7317 | | |
| | CLAIM:  832.20 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $CL-PL | |

| | | |
|---|---|---|
| **ALTAIR OH XIII LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN PINSON & RILEY PS | Court Claim Number:18 | ACCOUNT NO.: 1623 |
| PO BOX 3978 | | |
| | CLAIM:  1,052.79 | |
| SEATTLE, WA  98124-3978 | COMMENT:  BARCLAYS | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:28 | ACCOUNT NO.: 6991 |
| | CLAIM:  623.09 | |
| NORFOLK, VA  23541 | COMMENT:  FR CAP ONE-DOC 36 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:30 | ACCOUNT NO.: 4215 |
| POB 10587 | | |
| | CLAIM:  424.73 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CAP ONE/SCH*HSBC | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:7 | ACCOUNT NO.: 8598 |
| PO BOX 27288 | | |
| | CLAIM:  513.37 | |
| TEMPE, AZ  85282 | COMMENT:  HSBC | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC\* | Court Claim Number:6 | ACCOUNT NO.:  9664 |
| PO BOX 27288 | | |
| | CLAIM:  476.22 | |
| TEMPE, AZ  85282 | COMMENT:  HSBC | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC\* | Court Claim Number:8 | ACCOUNT NO.:  7535 |
| PO BOX 27288 | | |
| | CLAIM:  428.70 | |
| TEMPE, AZ  85282 | COMMENT:  HSBC | |

| | | |
|---|---|---|
| **FIRST SAVINGS BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 EAST 60TH ST N | Court Claim Number: | ACCOUNT NO.:  ...3301 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57104 | COMMENT:  CCS | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:25 | ACCOUNT NO.:  3005 |
| | CLAIM:  1,146.76 | |
| NORFOLK, VA  23541 | COMMENT:  CHASE | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:23 | ACCOUNT NO.:  8380 |
| | CLAIM:  931.38 | |
| NORFOLK, VA  23541 | COMMENT:  CHASE | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:24 | ACCOUNT NO.:  4170 |
| | CLAIM:  811.01 | |
| NORFOLK, VA  23541 | COMMENT:  CHASE | |

| | | |
|---|---|---|
| **FINGERHUT DIR MKTNG INC/CIT\*\*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 6250 RIDGEWOOD RD | Court Claim Number: | ACCOUNT NO.:  ...0737 |
| | CLAIM:  0.00 | |
| ST CLOUD, MN  56303 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:13 | ACCOUNT NO.:  6127 |
| | CLAIM:  876.27 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  BRYLANE HOME | |

| | | |
|---|---|---|
| **CREDIT ONE BANK** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| POB 98872 | Court Claim Number: | ACCOUNT NO.:  ...6371 |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193-8872 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CREDIT ONE BANK** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| POB 98872 | Court Claim Number: | ACCOUNT NO.:  ...4019 |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193-8872 | COMMENT:  NT ADR/SCH | |

| Creditor | Trustee Claim / Court Claim | Credit Description |
|---|---|---|
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...4006 |
| **EASTERN ACCOUNT SYSTEM**<br>75 GLEN RD STE 110<br><br>SANDY HOOK, CT 06482 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMCAST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7009 |
| **FIGI'S INC**<br>ATTN RECOVERY OPERATIONS<br>POB 7713<br>MARSHFIELD, WI 54449-7713 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:33<br><br>CLAIM: 225.97<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4975 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,696.87<br>COMMENT: 0737@METABANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3512 |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2389 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 871.02<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5691 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 577.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8182 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 572.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7622 |
| **PAYPAL BUYER CREDIT++**<br>C/O GEMB/GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...7734 |
| **GEMB/WALMART DC++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0603 |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:9 | ACCOUNT NO.: 7740 |
| | CLAIM:  937.41 | |
| CHICAGO, IL  60677-2813 | COMMENT:  GETTINGTON/SCH*FINGERHUT | |
| **KATSUR++** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 258 | Court Claim Number: | ACCOUNT NO.: ...930S |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  NT ADR/SCH | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.: ...4215 |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT ADR/SCH*HSBC | |
| **MERRICK BANK** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:29 | ACCOUNT NO.: 3657 |
| POB 10368 | | |
| | CLAIM:  982.46 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FL** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:1 | ACCOUNT NO.: 6818 |
| | CLAIM:  1,114.29 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  CREDIT ONE BANK | |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FL** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:12 | ACCOUNT NO.: 7508 |
| | CLAIM:  1,156.22 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  CREDIT ONE BANK | |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FL** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:2 | ACCOUNT NO.: 3667 |
| | CLAIM:  629.79 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  CREDIT ONE BANK | |
| **NRA GROUP LLC*** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67015 | Court Claim Number: | ACCOUNT NO.: ...8401 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-7015 | COMMENT:  DUQ LITE | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:26 | ACCOUNT NO.: 0603 |
| | CLAIM:  800.43 | |
| NORFOLK, VA  23541 | COMMENT:  GE CAP~WALMART | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.: 2994 |
| | CLAIM:  236.25 | |
| NORFOLK, VA  23541 | COMMENT:  GE CAP~JC PENNEY | |

| PRIMARY FINANCIAL SERVICES++ | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 3115 N 3RD AVE STE 112 | Court Claim Number: | ACCOUNT NO.: ...7734 |
| | CLAIM: 0.00 | |
| PHOENIX, AZ 85013 | COMMENT: | |

| RJM ACQUISITIONS LLC*++ | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 575 UNDERHILL BLVD STE 224 | Court Claim Number:5 | ACCOUNT NO.: 5641 |
| | CLAIM: 92.10 | |
| SYOSSET, NY 11791 | COMMENT: | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:10 | ACCOUNT NO.: 8412 |
| | CLAIM: 1,044.58 | |
| CHICAGO, IL 60677-2813 | COMMENT: NTC ONLY~NT/SCH*SALUTE | |

| SEVENTH AVENUE | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.: ...157O |
| PO BOX 800849 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75380 | COMMENT: NT ADR/SCH | |

| SPARTAN FINANCIAL SERVICE | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 13730 S POINT BLVD STE B | Court Claim Number: | ACCOUNT NO.: ...8978 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28273 | COMMENT: UPMC MERCY SOUTHSIDE | |

| SPRINGLEAF FINANCIAL SERVICES INC(*) | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3251 | Court Claim Number:34-2 | ACCOUNT NO.: 2625 |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: W/5*UNS CL=0*AMD | |

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:16 | ACCOUNT NO.: 9552 |
| | CLAIM: 620.04 | |
| KIRKLAND, WA 98083-0788 | COMMENT: SUNOCO/SCH | |

| THD/CBSD | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: ...9091 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: | |

| THE BUREAUS INC++ | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RECOVERY MANAGEMENT SYST CORP | Court Claim Number:17 | ACCOUNT NO.: 3952 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM: 744.12 | |
| MIAMI, FL 33131-1605 | COMMENT: 5995/SCH*CAPITAL ONE | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:11 | ACCOUNT NO.: 8515 |
| | CLAIM: 719.03 | |
| CHICAGO, IL 60677-2813 | COMMENT: NTC ONLY~NT/SCH*TRIBUTE | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:3 | ACCOUNT NO.:  5375 |
| | CLAIM:  950.16 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  NT/SCH*CITIBANK | |

| | | |
|---|---|---|
| **REAL ESTATE MORTGAGE NETWORK INC** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O CENLAR FSB | Court Claim Number:31 | ACCOUNT NO.:  3353 |
| PO BOX 77409* | | |
| | CLAIM:  200.00 | |
| EWING, NJ  08628-6409 | COMMENT:  $CL-PL@CENTRAL LOAN | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:15 | ACCOUNT NO.:  0282 |
| PO BOX 7317 | | |
| | CLAIM:  4.67 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **FERRELLGAS INC** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE LIBERTY PLAZA RCC #40 | Court Claim Number:27 | ACCOUNT NO.:  3158 |
| | CLAIM:  240.62 | |
| LIBERTY, MO  64068 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **REAL ESTATE MORTGAGE NETWORK INC** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O CENLAR FSB | Court Claim Number:31 | ACCOUNT NO.:  3353 |
| PO BOX 77409* | | |
| | CLAIM:  133.42 | |
| EWING, NJ  08628-6409 | COMMENT:  $/PL-NTC*NTC POSTPET FEES/EXP*REF CL*W/4,52 | |