# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ALEX FINK                                             Case No. 13-11106TPA
DIANE FINK

        Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

        Movant                                   Document No __
      vs.
BUREAUS INVESTMENT GROUP
PORTFOLIO NO 15 LLC++
        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    THE PAYMENT ADDRESS IN USE ON THE CLAIM IS DEFUNCT. THE TRUSTEE HAS RECEIVED GENERAL INFORMATION THAT CLAIMS BY THIS CREDITOR MAY HAVE BEEN TRANSFERRED TO A NEW CREDITOR, BUT NO TRANSFER OF CLAIM HAS BEEN FILED.

BUREAUS INVESTMENT GROUP                              Court claim# 17/Trustee CID# 49
PORTFOLIO NO 15 LLC++
C/O RECOVERY MGMNT SYST CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

The Movant further certifies that on 09/19/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ALEX FINK, DIANE FINK, 211 FROZEN TOE LANE, POLK, PA  16342 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |