Case 13-11106-TPA    Doc 83    Filed 11/15/18    Entered 11/15/18 16:49:47    Desc Main
Document    Page 1 of 1

FILED
11/15/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-11106-TPA |
| | : | |
| Alex Fink | : | Chapter: 13 |
| Diane Fink | : | |
| *Debtor(s).* | : | |
| | : | Date: 11/14/2018 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**_MATTER:_**   #80 Motion to Dismiss Case (Tee)
   #82 Resp. by Debtors

**_APPEARANCES:_**
   Debtor:   Fred Freitag
   Trustee:   Jana Pail

**_NOTES:_**

Freitag:   Debtor hopes to complete plan.

Pail:   $1355 is needed, with take over of long term debt as of November.


**_OUTCOME:_**   Continued to 1/9/19 at 10am MOE

/s/ Thomas P. Agresti
vas