Case 13-11106-TPA    Doc 85    Filed 11/17/18    Entered 11/18/18 01:17:26    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
11/15/18 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Alex Fink<br>Diane Fink<br>    Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br><br>Vs.<br><br>Alex Fink<br>Diane Fink<br>    Respondent | Case No. 13-11106TPA<br><br>Chapter 13<br><br>Doc # __80__ |

## ORDER

AND NOW, this 14th day of _____November_____, 2018, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $ _____ portion of the original filing fee.

1

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☐ The case is not dismissed. The plan term is extended to a total of _____ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____WITH / ____ WITHOUT prejudice, without further notice or hearing.

☒ Continued, generally to __Jan 4, 2019 @ 10 AM__ (date)

    ____ Conciliation in the Office of the Ch. 13 Trustee, Ste. 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
    ____ Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
    ☒ Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

☒ The Debtor(s) is to take over long term continuing debt payments beginning with the payment. __November 2018__

☒ The total due by the Debtor to complete the Plan is $__1355.00__

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☐ Other:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Alex Fink  
Diane Fink  
    Debtors

Case No. 13-11106-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　User: dkam　　　Page 1 of 1　　　Date Rcvd: Nov 15, 2018  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.  
db/jdb　　　+Alex Fink,　　Diane Fink,　　211 Frozen Toe Lane,　　Polk, PA 16342-4427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:

    Andrew F Gornall　　on behalf of Creditor　　Real Estate Mortgage Network, Inc.  
     andygornall@latouflawfirm.com  
    James Warmbrodt　　on behalf of Creditor　　Real Estate Mortgage Network, Inc.  
     bkgroup@kmllawgroup.com  
    Matthew John McClelland　　on behalf of Creditor　　Real Estate Mortgage Network, Inc.  
     bkgroup@kmllawgroup.com  
    Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
    Paul W. McElrath, Jr.　　on behalf of Debtor Alex Fink ecf@mcelrathlaw.com,  
     donotemail.ecfbackuponly@gmail.com  
    Paul W. McElrath, Jr.　　on behalf of Joint Debtor Diane Fink ecf@mcelrathlaw.com,  
     donotemail.ecfbackuponly@gmail.com  
    Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,  
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
    Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com

                                                                  TOTAL: 8