FILED
12/18/18 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-11106TPA |
| Alex Fink | ) | |
| Diane Fink | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc # __90__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
|     Vs. | ) | |
| Alex Fink | ) | |
| Diane Fink | ) | |
|     Respondent | ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 25, 2018 (document #80) is hereby WITHDRAWN. Therefore, the hearing scheduled for January 09, 2019, is hereby cancelled.

Respectfully submitted

12/17/18

/s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
December 18, 2018

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 13-11106-TPA
Alex Fink                                                                               Chapter 13
Diane Fink
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: lfin              Page 1 of 1              Date Rcvd: Dec 18, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
db/jdb         +Alex Fink,   Diane Fink,   211 Frozen Toe Lane,   Polk, PA 16342-4427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Real Estate Mortgage Network, Inc.
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    Real Estate Mortgage Network, Inc.
           bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Real Estate Mortgage Network, Inc.
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Alex  Fink ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Diane  Fink ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8