Filed
3/4/19 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALEX FINK and | : | Case No. 13-11106 TPA |
| DIANE FINK | : | Chapter 13 |
| *Debtor(s)* | : | |
| | : | |
| NEW PENN FINANCIAL, LLC | : | Related to Document No. 103 |
| d/b/a Shellpoint Mortgage Servicing | : | |
| *Movant* | : | |
| v. | : | |
| ALEX FINK and DIANE FINK | : | |
| and RONDA WINNECOUR, ESQ.. | : | |
| TRUSTEE | : | |
| *Respondents* | : | Hearing: March 27, 2019 at 10:30 A.M. |

## ORDER

*AND NOW*, this **4th** day of **March, 2019,** in light of the filing of a *Response/Objection* by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, at Document No. 103, to the *Notice of Final Cure Payment* filed at Document No. 100 ("Notice") by the Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that a *Status Conference* is scheduled for *March 27, 2019 at 10:30 A.M.* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Counsel appearing on behalf of the Lender (or assignee of the Lender) filing the *Response/Objection* should have authority to resolve the matter at the time of the *Status Conference* and be sufficiently prepared and versed in the underlying subject matter to answer any and all questions posed by the Court at the time of the *Status Conference* including providing the Court with copies of all supporting documentation. **Failure by any Party to comply with any terms of this Order** will result in the imposition of sanctions on said Party by, *inter alia*, reprimand, fine, prohibition against said Party from offering testimony and/or dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
　　Debtors
　　Debtors' Counsel
　　Chapter 13 Trustee
　　Carrie Dockter

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Alex Fink
Diane Fink
    Debtors

Case No. 13-11106-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Mar 04, 2019
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db/jdb       +Alex Fink,   Diane Fink,   211 Frozen Toe Lane,   Polk, PA 16342-4427
              New Rez LLC dba Shellpoint Mortgage Servicing,   Attn Carrie Dockter,   PO Box 10826,
               Greenville, SC   29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Alex  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Diane  Fink ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 8