Fill in this information to identify the case:

Debtor 1: Alex Fink

Debtor 2 (Spouse, if filing): Diane Fink

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 13-11106

# Form 4100R
## AMENDED Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Last 4 digits of any number you use to identify the debtor's account: 6414

Court claim no: (if known) 31

Property address:
211 Frozen Toe Ln
Victory Township, PA 16342

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 2 / 1 / 19  (MM/DD/YYYY)

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___ (MM/DD/YYYY)

| Debtor 1 | Alex Fink | Case number (if known) | 13-11106 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Carrie Dockter
Signature

Date 3/26/19

Print: Carrie   Dockter
First Name  Middle Name  Last Name

Title: Bankruptcy Case Manager

Company: NewRez LLC, dba Shellpoint Mortgage Servicing

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: PO Box 10826
Number  Street

Greenville, SC 29603-0826
City  State  ZIP Code

Contact phone ( 800 ) 365 – 7107

Email: mtgbk@shellpointmtg.com

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "NEW PENN FINANCIAL, LLC", CHANGING ITS NAME FROM "NEW PENN FINANCIAL, LLC" TO "NEWREZ LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF OCTOBER, A.D. 2018, AT 4:57 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE SEVENTH DAY OF JANUARY, A.D. 2019.



*Jeffrey W. Bullock, Secretary of State*

4336363  8100
SR# 20187059692

Authentication: 203582539
Date: 10-10-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:57 PM 10/09/2018
FILED 04:57 PM 10/09/2018
SR 20187059692 - File Number 4336363

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: New Penn Financial, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> Legal name change. New Penn Financial, LLC's new legal name will be NewRez LLC effective January 7, 2019.

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the ___3RD___ day of ___October___, A.D. _2018_.

By: _____
Authorized Person(s)

Name: Kevin Patrick Harrigan    President and CEO - Origination Division;
Board of Managers
Print or Type

| | |
|---|---|
| NewRez LLC DBA Shellpoint Mortgage Services<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                      (866) 467-1137<br><br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    ALEXIS J FINK
    Debtor 2    Diane Fink

Case No:    1311106

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 3/1/2019.

Western District of Pennsylvania, Erie Division
17 South Park Row
US Courthouse, Room B160
Erie, PA  16501


Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219


Paul W. McElrath, Jr
McElrath Legal Holdings LLC
432 Blvd of the Allies
Pittsburgh, PA  15219


ALEXIS J FINK
Diane Fink
211 FROZEN TOE LN
POLK PA 16342



/s/ Carrie Dockter