FILED
3/28/19 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-11106-TPA |
| | : | | |
| Alex Fink | : | Chapter: | 13 |
| Diane Fink | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/27/2019 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:**   #96 Tee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed

**APPEARANCES:**

Debtor:
Trustee:        Jana Pail
Shellpoint
Mortgage:     Mark Claypool

**NOTES:**

Katz:        10/2018 was the last payment by Trustee. (10:51)  We are working on modification of the Notice of Final Cure form.

Claypool:    Client misunderstood form.  Filed an amended response. Pre plan payments due were missed in the meantime.

**OUTCOME:**   #96:    GRANTED /OE
#103:   The Notice of Final Cure Payment is Approved

vas