FILED
3/28/19 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-11106-TPA |
| | : | | |
| Alex Fink | : | Chapter: | 13 |
| Diane Fink | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/27/2019 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:**          #103 Response to Notice of Final Cure Mortgage Payment re: (Claim # 31)

**APPEARANCES:**

Debtor:

Trustee:          Owen Katz

**NOTES:**

See proceeding memo in this matter regarding Doc. No. 96.

**OUTCOME:**     #96:     GRANTED /OE

#103:     The Notice of Final Cure Payment is Approved.

vas